# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Riley S. Kuntz, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF RECUSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Educational Credit Management Corp., | ) | Case No.: 1:18-cv-031 |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 455(a), the undersigned recuses himself from hearing or determining any further proceeding in this case.

**IT IS SO ORDERED.**

Dated this 22nd day of July, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court